961 A.2d 108

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Russell M. HESS III, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 2008.

Decided Dec. 18, 2008.

Glenn D. Welsh, Esq., Amy Jo Shaffer, Esq., Berks County Public Defender's Office, Pittsburgh, for Russell M. Hess, III.

Peter Rosalsky, Esq., Defender Association of Philadelphia, Philadelphia, for Defender Association of Philadelphia.

John T. Adams, Esq., Alisa Rebecca Hobart, Esq., for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD, McCAFFERY and GREENSPAN, JJ.

***ORDER***

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**